AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

2023 FEB 28 AM 11: 57

| **United States District Court** | District | Burlington, Vermont | |
|---|---|---|---|
| Name *(under which you were convicted)*: Alison Gu, a/k/a Alison Ling etc. | | Docket or Case No.: 2:16-cr-084-1 | |
| Place of Confinement: FDC Philadelphia | | Prisoner No.: N/A | 2:23-cv-46 |
| UNITED STATES OF AMERICA v. | | Movant *(include name under which convicted)* Alison Gu | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court of Vermont

   (b) Criminal docket or case number (if you know): __2:16-cr-084-1__

2. (a) Date of the judgment of conviction (if you know): __December 27, 2018__
   (b) Date of sentencing: __December 27, 2018__

3. Length of sentence: __Thirty-six (36) months__

4. Nature of crime (all counts):

   Bank fraud
   False statement in support of a passport application
   Aggravated identity theft

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [X]   No [ ]

Page 2 of 13